IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ERMA EVANS                                                                                                  PLAINTIFF

VS.                                    CASE NO.  4:06CV00655 JMM

STATE FARM FIRE & CASUALTY COMPANY                                        DEFENDANT

## JUDGMENT

Pursuant to the Order entered on June 12, 2007,  it is Considered, Ordered and Adjudged that a judgment in the amount of  $80,888.29 plus post-judgment interest at the rate of 5.24% per annum be entered in favor of plaintiff and against the defendant.

IT IS SO ORDERED this 12    day of   June  , 2007.


_____
James M. Moody
United States District Judge